UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**RICHARD WAYNE JOHNSON and
TANYA JOHNSON,**

        **Plaintiffs,**

vs.                                      No.   2:15-CV-01071

**CITY OF ROSWELL; ROSWELL POLICE
DEPARTMENT; JOSEPH LANNOYE, in his
individual capacity; CRUZ ZAVALA, in his
individual capacity; ROBERT SWANTEK, in
his individual capacity; and PHIL SMITH,
Chief of Police for the City of Roswell, in his
Individual and official capacities,**

        **Defendants.**

## NOTICE OF REMOVAL

      **COMES NOW** Defendants, City of Roswell, Roswell Police Department, Joseph Lannoye, Cruz Zavala, and Phil Smith (hereinafter "the removing Defendants"), by and through their attorneys of record, Atwood, Malone, Turner & Sabin, P.A., by Bryan Evans, Carla Williams and Barbara Evans and, hereby remove this Cause from the Fifth Judicial District Court, Chaves County, New Mexico, to the United States District Court for the District of New Mexico, on the grounds that Plaintiffs' Complaint raises a federal question, thereby creating subject matter jurisdiction.  In support of this Removal, the removing Defendants state:

      1.  On October 7, 2015, Plaintiffs filed their Complaint against Defendants captioned as above, Case No. D-504-CV-2015-00523, in New Mexico state court in the Fifth Judicial District, Chaves County.  Plaintiffs' Complaint contains claims pursuant at 42 U.S.C. §1983, alleging violations of Plaintiff Richard Johnson's constitutional rights.

1

2. Plaintiffs alleges that one or more of the Defendants violated Richard Johnson's constitutional right to be free from unreasonable and excessive force. (*See Plaintiffs' Complaint, Counts I, attached hereto as Ex. A)*. Plaintiffs also allege claims of municipal and supervisory liability pursuant to 42 U.S.C. § 1983 *(Id. Counts II and IV)*.

3. Plaintiffs' allegations create a federal question that gives this Court subject matter jurisdiction over the case. 28 U.S.C. § 1331. Defendants City of Roswell, Roswell Police Department, Joseph Lannoye, Cruz Zavala and Phil Smith are therefore entitled to remove this lawsuit to have it resolved by this Court. 28 U.S.C. § 1441.

4. Upon information and belief, at the time of this filing, Defendant Robert Swantek has not been properly served with the Complaint.

5. The removing Defendants were either properly served on October 23, 2015 or by the filing of this Notice of Removal have accepted service of Plaintiffs' Complaint. Accordingly, this Notice of Removal is timely filed as it is within 30 days after service of Plaintiffs' Complaint. 28 U.S.C. § 1446(b).

6. Venue is appropriate in this District, as it embraces the district in which this action is pending. 28 U.S.C. § 1441.

7. A copy of the Complaint, along with all copies of all pleadings that have been filed in this case are attached as Exhibit "A."

8. The removing Defendants shall promptly file a copy of this Notice of Removal with the Clerk of the District Court of Chaves County, Fifth Judicial District, State of New Mexico, thereby effecting removal as provided in 28 U.S.C. §1446(d).

WHEREFORE, the removing Defendants prays that Cause No. D-504-CV-2015-00523, currently pending in the District Court of Chaves County, Fifth Judicial District,

State of New Mexico, be removed into this Court for trial and determination as provided by law.

Case 2:15-cv-01071-GBW-CG    Document 1    Filed 11/23/15    Page 3 of 4

        Respectfully submitted,

        **ATWOOD, MALONE, TURNER & SABIN**

        By  *Electronically Filed on 11/23/15*
        Bryan Evans, Esq.
        Carla Williams, Esq.
        Barbara Smith, Esq.
        Post Office Drawer 700
        Roswell, NM 88202-0700
        (575) 622-6221
        *Attorneys for Defendants*

I HEREBY CERTIFY that on November 23, 2015, I filed the foregoing instrument electronically through the CM/ECF system, which caused all parties of record to be served by electronic means, as more fully reflected on the *Notice of Electronic Filing* and e-mailed to all parties of record.

*Electronically Filed on 10/23/15*
Bryan Evans